JS-6

1
2
3
4
5
6
7

8                    UNITED STATES DISTRICT COURT

9                    CENTRAL DISTRICT OF CALIFORNIA

10                                              Case No.  CV 16-07963-AB (KSx)

11   Chris Langer,

12                    Plaintiff,                ORDER DISMISSING CIVIL ACTION

13   v.

14   United 26, Inc. et al.,

15                    Defendants.

16

17

18        THE COURT having been advised by counsel that the above-entitled action has

19   been settled;

20        IT IS THEREFORE ORDERED that this action is hereby dismissed without

21   costs and without prejudice to the right, upon good cause shown within **60 days,** to re-

22   open the action if settlement is not consummated.  This Court retains full jurisdiction

23   over this action and this Order shall not prejudice any party to this action.

24

25   Dated:  December 13, 2016

26   _____

27   HON. ANDRÉ BIROTTE JR.
     UNITED STATES DISTRICT JUDGE

28